FILED 12 FEB '24 10:29 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

CARLOS  HUDSON  #66550-509

*(Enter full name of plaintiff)*

Plaintiff,

v.

OFFICER. BLANTON _____

OFFICER. HUERTA _____

SHU LT ROUGHTON _____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. **3:24-cv-00289-CL**
(to be assigned by Clerk's Office)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)**

Jury Trial Demanded

☑Yes    ☐No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: CARLOS HUDSON _____

Street Address: P.o. Box 5000 _____

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: 503-387-7147 _____

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**     Name: OFFICER BLANTON

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: 503-843-7664

**Defendant No. 2**     Name: OFFICER HUERTA

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: 503-843-7664

**Defendant No. 3**     Name: SHU LT ROUGHTON

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97378

Telephone No.: 503-843-7664

**Defendant No. 4**     Name: DR. GASLEY

Street Address: 27372 BALLSTON RD

City, State & Zip Code: SHERIDAN, OREGON, 97374

Telephone No.: 503-843-7664

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

MISCONDUCT, STAFF RETALIATION, NEGLIGENCE, KNOWINGLY AND WILLINGLY ALLOWING A ASSAULT TAKING PLACE AGAINST ME.

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

OFFICER BLANTON, OFFICER HUERTA, AND SHU LT ROUGHTON INFORMED ME THAT I WOULD BE SORRY FOR COMING BACK TO THE SHU FOR PROTECTION. THEY THEN BROUGHT ME A CELLY WHO I FOUND OUT LATER HAD BITTEN HIS LAST CELLIES FINGER OFF AND IS UNDER INVESTIGATION BY THE FBI, ALSO MENTALLY UNSTABLE AND OFF HIS MEDICATION. I TOLD THE OFFICERS DAILY THAT I WAS FEARFUL THAT INMATE ACOSTA WOULD DO SOMETHING TO ME. ON 02-02-2024 APPROX TIME 9:15-10:30 AM MY CELLY FINALLY ATTACKED ME, ONCE BITING AND TRYING TO RIP FLESH FROM MY FACE, ONCE HE ATTEMPTED TO BITE OFF MY RIGHT THUMB AND I HAVE 2 BLACK EYES PICTURES TAKEN AND DOCUMENTED AS WELL BY LT. DOMINGUIZ.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

MEDICAL STAFF DR GASLEY EXAMINED ME AND DID NOT TEST FOR ANY POSSIBLY TRANSMITTED DISEASES. I WAS NOT EVEN GIVE ANY

anti-septic to kill any germs/clean wounds cause by the bites. All officers mentioned knew how that inmate was and by B.O.P policy he was suppose to be single celled. They simply did this out of retaliation cause I sought protection from a gang I am leaving so when I do get out of prison custody I can go on to be a valued and productive member of society for myself and my family. I in no way deserved this misconduct, retaliation, negligence of my well being.

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Since this has taken place I have entered an extremely depressed state of mind and even now have a phobia of any B.O.P employee laying a hand on me. They allowed a inmate to try to eat me and they 'knowingly and willingly' allowed it to happen. I am having serious PYCOM issues over this and the complete lack of caring for my well fare by not even giving me medical attention. It is for all claims stated that I'm seeking the relief I am

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

 ☑ Yes        ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

FOR MONETARY VALUE I TRULY BELIEVE DUE TO THE MAL-PRACTICE BY MEDICAL STAFF. THE MISCONDUCT OF 2 OFFICERS AND A EXECUTIVE OFFICER. THE PYECH TRAUMA. THE INJURIES, AND THE 'KNOWINGLY AND WILLINGLY' PUTTING AN UNSTABLE INMATE IN MY CELL WHICH I DEEM AS AN ATTEMPT ON MY LIFE. I'M ASKING FOR $650,000.00 FOR ALL DAMAGES, TRAUMA TREATMENT, MAL PRACTICE AND A PHOBIA THAT WILL NEVER BE AWAY, AND THE MISCONDUCT OF THE B.O.P'S FEDERAL EMPLOYEES.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __FEBUARY__ , 20__24__ .

__CARLON HUDSON #66550-509.__
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5

CARLOS HUDSON - #665500509
FEDERAL CORRECTIONAL INSTITUTION - SHERIDAN
P.O. BOX 5000
SHERIDAN, OREGON, 97378

PORTLAND OR 972

8 FEB 2024    PM 1 L



CLERK OF COURT
1000 SW THIRD AVE, ROOM 740
PORTLAND, OREGON, 97204

97204-293790

